# CERTIFICATE OF SERVICE

I certify that on this ___*16th*___ day of *March*___, 20_*26*_, I served the foregoing document on the parties below:

Oscar Duyck, Thomas F. Armosino
Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern, P.C.
2592 East Barnett Road
Medford, OR 97504

by:

☐ U.S. Mail
☐ Certified Mail (RR#) _____
☐ Hand Delivery
☐ Email (by consent)
☑ Other: ___*CM/ECF*___

Signature: By: _____ Dated: _*03/16/26*_
**David C. Walker, Pro Se**
℅ Dave Walker, 317 Josephine St. #1484, Merlin, OR [97532]
Tel: (541) 660-5366 • Email: davowalker45@gmail.com

12. Plaintiff respectfully requests that the Court deny Defendants' Motion for Summary Judgment, or defer consideration of the motion, until Plaintiff has had a reasonable opportunity to conduct discovery necessary to obtain the evidence described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March , 2026.

By: _____Dave C Walker_____ Date: 03/16/26

Dave Walker
% 317 Josephine St. #1484
Merlin, Oregon 97532
Email: davowalker45@gmail.com
Phone: (541) 660-5366

e. Departmental policies, training materials, and procedures relating to:

traffic stop procedures

detention practices

classification or flagging of individuals in dispatch or law enforcement systems.

8. These materials are necessary for Plaintiff to determine:

   a.  the factual basis for the initial stop,

   b.  how Plaintiff's speed was allegedly measured,

   c.  the duration and justification of the detention

   d.  whether the conduct of the involved deputies complied with applicable law enforcement policies and constitutional standards.

9. Much of this information is exclusively in the possession of Defendants and cannot be obtained by Plaintiff without discovery.

10. Without access to this discovery, Plaintiff cannot fully present facts essential to justify opposition to Defendants' Motion for Summary Judgment.

11. Plaintiff has begun pursuing discovery and intends to continue seeking the above materials through Requests for Production and other discovery permitted under the **Federal Rules of Civil Procedure FRCP.**

3. Plaintiff is a self-represented litigant and has only recently obtained certain records relating to the August 15, 2023 traffic stop at issue in this case, including a **Computer-Aided Dispatch ("CAD") report.**

4. The CAD report contains entries that raise factual questions concerning the circumstances of the stop and detention, including entries referencing **"SOV CIT" and "FLAG DRIVER SOV CIT."**

5. Plaintiff does not presently know the meaning, purpose, or departmental policy governing the use of such entries.

6. Information necessary to understand the significance of these CAD entries is within the possession and control of Defendants.

7. Plaintiff requires discovery regarding the following categories of evidence in order to properly oppose Defendants' Motion for Summary Judgment:

a. Body-worn camera footage from Deputies Schreiber and Fonbuena relating to the August 15, 2023 stop.

b. Dash-camera footage from the patrol vehicles involved in the stop.

c. Dispatch recordings and CAD records, including any documentation explaining entries referencing "SOV CIT" or similar classifications.

d. Radar or speed detection records, including the device used to determine the alleged speed of Plaintiff's motorcycle and any associated testing or calibration records.

# UNITED STATES DISTRICT COURTDISTRICT OF OREGON – MEDFORD DIVISION

DAVID C. WALKER, Pro Se

Plaintiff,

v.

JOSEPHINE COUNTY SHERIFF'S OFFICE;

SHERIFF DAVE DANIEL, in his official capacity;

DEPUTY SCHREIBER;

DEPUTY FONBUENA,

Defendants.

Case No. 1:25-cv-01434-CL

# DECLARATION OF DAVID C. WALKER

PURSUANT TO FED. R. CIV. P. 56(d)

I, David C. Walker, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action and submit this declaration pursuant to **Federal Rule of Civil Procedure 56(d)** in response to Defendants' Motion for Summary Judgment.

2. Defendants seek summary judgment before Plaintiff has had a meaningful opportunity to obtain discovery necessary to oppose the motion.

1 of 5