**Oscar R. Duyck, OSB #255171**
Email: duyck@fdfirm.com
**Thomas F. Armosino, OSB #911954**
Email: armosino@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 779-2333
Fax: (541) 779-6379
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **DAVID WALKER,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPHINE COUNTY SHERIFF'S OFFICE; SHERIFF DAVE DANIEL**, in his official capacity; et al**., DEPUTY SCHREIBER (#51745); DEPUTY FONBUENA (#62264),** <br><br> Defendants. | Case No. 1:25-CV-01434-CL <br><br> **RULE 26(f) JOINT REPORT** |

On March 27, 2026, the parties conducted a conference to F.R.C.P. 26(f) and agreed to the following dates set out below. Later that day, Defendants sent Plaintiff an email outlining the proposed discovery dates. On March 27, 2026, Plaintiff confirmed with Defendants via email that he agreed to this proposed schedule. The parties jointly file this status report to the Court.

Pursuant to LR 26-1, the parties discussed the handling of Electronically Stored Information. (ESI). The issue of ESI has not been an issue in this litigation.

Page 1 -    **RULE 26(f) JOINT REPORT**

As to the scope of discovery, Defendants informed Plaintiff that they may seek a protective order as to any information that reveals any personal information about the individual law enforcement defendants. Plaintiff did not agree with this proposal.

The parties did not discuss privilege issues. However, there have been no issues concerning privilege in this litigation. If that changes, the parties will confer and attempt to resolve any privilege disputes.

There is outstanding motion practice in this case. Defendants filed a Motion for Summary Judgment on February 6, 2026, and filed their Reply on March 30, 2026. On March 16, 2026, Plaintiff filed a FRCP 56(d) Response in Opposition to Motion seeking more discovery to oppose summary.

Plaintiff proceeds in this matter pro se and is unfamiliar with the discovery process. Defense counsel explained generally how depositions and other types of discovery are typically handled. Plaintiff sent Defendants his first request for production on April 1, 2026. Plaintiff also sent defense counsel a set of interrogatories on February 9, 2026. Defense counsel objected to Plaintiff's first set of interrogatories because they did not specify which Defendant was supposed to answer which question. Defendants further objected because the interrogatories were vague and overbroad.

As to expert witnesses, defense counsel told Plaintiff that Defendants were unlikely to have an expert witness in this case. Plaintiff was unsure if he planned on using expert witnesses.

As discovery progresses, the parties will confer with each other to limit discovery disputes.

/ / /

Page 2 -    **RULE 26(f) JOINT REPORT**

## TENTATIVE DISCOVERY PLAN

| | |
|---|---|
| Initial Disclosure Deadline | April 27, 2026 |
| Fact Discovery Deadline | June 29, 2026 |
| Join Parties/Amend Pleadings Deadline | June 29, 2026 |
| Expert Disclosure Deadline | September 29, 2026 |
| Expert Discovery Deadline | October 29, 2026 |
| Dispositive Motion Deadline | November 30, 2026 |
| Response to Dispositive Motion Deadline | December 30, 2026 |
| Trial Date | March/April of 2027 |

DATED this 6th day of April 2026.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC,

Oscar R. Duyck, OSB #255171
duyck@fdfirm.com
Thomas F. Armosino, OSB #911954
armosino@fdfirm.com
*Of Attorneys for Defendants*

Page 3 -    **RULE 26(f) JOINT REPORT**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a true copy of the foregoing

**RULE 26(f) JOINT REPORT** upon:

**David C. Walker**
317 Josephine St.
P.O. Box 1484
Merlin, OR 97532
davowalker45@gmail.com
*Pro Se Plaintiff*

 ☐ by **mail** in a sealed envelope, with paid postage addressed as indicated above and deposited in the post office at Medford, Oregon.

 ☐ by **fax** to the fax number indicated above during normal office hours. Proof of such transmission is attached hereto.

 ☒ by **electronic service** via the Oregon Judicial Department's electronic filing system pursuant to UTCR 21.100.

 ☒ by **email** as indicated above pursuant to ORCP 9G.

 ☐ by **hand delivery**, leaving it with said attorney's clerk therein, or with a person apparently in charge thereof, at the office address indicated above.

 ☐ by **hand delivery** to said attorney directly.

 ☐ by **overnight courier** in a sealed, prepaid envelope, addressed as indicated above.

DATED this 6th day of April, 2026

> FROHNMAYER, DEATHRAGE,
> JAMIESON, MOORE, ARMOSINO, &
> McGOVERN, P.C.,
>
> BY: _____
> *Oscar R. Duyck, OSB #255171*
> *Thomas F. Armosino, OSB #911954*
> *Attorneys for Defendants*

PAGE 1:  CERTIFICATE OF SERVICE